NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNS MANVILLE CORPORATION, JOHNS MANVILLE, INC.,**
*Appellants*

**v.**

**KNAUF INSULATION SPRL, KNAUF INSULATION, INC.,**
*Cross-Appellants*

---

2017-1807, 2017-2285, 2017-2303

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01453, IPR2016-00130.

---

**JUDGMENT**

---

DAVID E. SIPIORA, Kilpatrick Townsend & Stockton LLP, Denver, CO, argued for appellants. Also represented by DARIN JAMES GIBBY, EDWARD JOHN MAYLE, KRISTOPHER L. REED.

JOSHUA PAUL LARSEN, Barnes & Thornburg LLP, Indianapolis, IN, argued for cross-appellants. Also represented by JEFFREY T.G. KELSEY, JAMES SWEENEY; SPIRO

BEREVESKOS, DANIEL JAMES LUEDERS, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| July 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |